UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LESCELL GREGORY, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
  v. )
) **CASE NO. 5:20-CV-149-D**
KILOLO KIJAKAZI, Acting Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 28]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 19], DENIES defendant's motion for judgment on the pleadings [D.E. 23], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on August 4, 2021, and Copies To:**
David Kyle Arrowood                                 (via CM/ECF electronic notification)
Amanda B. Gilman                                    (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK
August 4, 2021                     (By) /s/ Nicole Sellers
                                              Deputy Clerk