| | |
|---|---|
| LESCELL GREGORY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:20-CV-149-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick K. Arrowood, the sum of $15,000.00 sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $3,500.00 and upon the payment of such sums, this case is dismissed with prejudice.

**This Judgment Filed and Entered on December 6, 2022, and Copies To:**
| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |
| David N. Mervis | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:
December 6, 2022

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
 Deputy Clerk